UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SIGNATURE HOMES, a division
of Charles Cudd Co.

Plaintiff,

vs

CV 01-1754 RHK/AJB

DENALI CUSTOM HOMES INC.
KREBS DRAFTING & DESIGN INC.
DEREK M. ZAUGG
JENNIFER ZAUGG,

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: June 20 2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

JUN 20 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK