UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case Number: 01-CV-1754 (RHK/JMM)

Signature Homes, a division of Charles Cudd Co.,

Plaintiff,

vs.

Denali Custom Homes, Inc., Krebs Drafting & Design, Inc. and Derek M. Zaugg and Jennifer M. Zaugg,

Defendants.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
AND ORDER

The above-entitled action, having been fully compromised and settled:

IT IS HEREBY STIPULATED by and between the parties hereto, through their undersigned attorneys, that the above-captioned matter may be, and hereby is, dismissed in its entirety on the merits with prejudice, and without costs or disbursements to either party.

Dated: 7/15, 2002

**FELHABER, LARSON, FENLON & VOGT, P.A.**

By: ______________________
Stephen E. Yoch (#213901)
225 So. Sixth Street, Suite 4200
Minneapolis, Minnesota 55402-4302
(612) 339-6321

ATTORNEYS FOR PLAINTIFF



JUL 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 19 2002
DEPUTY CLERK

Dated: 7/16, 2002

**FABYANSKE, WESTRA & HART**

By: Patrick J. Lee-O'Halloran

Patrick Lee-O'Halloran (#269074)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

ATTORNEYS FOR DEFENDANTS

**ORDER FOR DISMISSAL**

Upon the foregoing Stipulation of Dismissal, the Clerk of this Court is hereby ordered and directed to enter judgment dismissing the above-entitled action with prejudice, on the merits and without costs or disbursements.

Dated: 7/19/02

BY THE COURT:

RHK